# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GEORGE GEORGETOWN

NO. 2019 KW 1128

OCT 1 8 2019

---

In Re:   George Georgetown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-03-0195.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court is instructed to proceed toward disposition of relator's motion for production of documents, filed on or about June 12, 2019, if it has not already done so. With regard to the lack of a ruling by the district court on the notice of intent filed by relator, it is noted that, as an incarcerated pro se petitioner, relator may seek review of a district court's ruling without the necessity of obtaining a return date. However, relator should seek review of the ruling within a reasonable time.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT